UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH EARL JONES,<br><br>                    Plaintiff,<br><br>          v.<br><br>JERRY E. POWERS, et al.,<br><br>                    Defendants. | No.  2:17-cv-0470-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought pursuant to 42 U.S.C. § 1983.  His claim arises out of events that occurred in Los Angeles County.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

Plaintiff alleges that the events giving rise to this action occurred in Los Angeles County by defendants who are employed by the Los Angeles County Probation Department.  No defendant is alleged to reside in this district.  Because Los Angeles County lies within the venue

1

of the Western Division of the Central District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(c)(1).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Western Division of United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

DATED: March 6, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE